**Andrew Simkiw**
804 Mallard Road
Feasterville Pa. 19053
215-512-2285
k9jake7403@gmail.com

July 3, 2023

**United States Bankruptcy Court**
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia PA. 19107-4299

To whom it May Concern.

On Saturday July 1st, I received in the mail a Notice of Motion, Response Deadline and Hearing Date in reference to Case #20-12331(MDC), from the law offices of Morton and Craig, LLC. I am responding to this Notice and to inform you that I was not aware that my account with Santander Consumer USA Inc. dba Chrysler Capital account was in arrears.

On today's date, I contacted Santander by phone and was able to make a payment of $2500.00 to pay my past due payments and pay a little extra. The payment confirmation number is 167959639. I would like to resolve this issue without having to go to court or have my vehicle repossessed.

I have contacted by phone, and responded to this Notice of Motion to William E. Craig, Esq, of Morton and Craig explaining the above payment/resolution to him as well.

I am asking that this issue be resolved without me having to come to court or having my vehicle be repossessed.

Sincerely,

Andrew Simkiw

FILED
JUL -7 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK
BY