**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| Andrew J Simkiw | : | |
| Maria Simkiw | : | |
| | : | Case No.: 20-12331-AMC |
| Debtor(s) | : | |

# **O R D E R**

AND NOW, this _____ day of _____, 2024, upon consideration of Debtors' Motion to Approve Post-Confirmation Distribution and any answer thereto, it is hereby

ORDERED that the Motion is GRANTED, and distribution from debtors' personal injury action, CP 2019-24362, shall be made as follows:

| | | |
|---|---|---|
| a. | Kline & Specter, P.C., Legal Costs and Expenses | $65,529.35 |
| b. | Kline & Specter, P.C., Attorney Fees | $173,788.26 |
| c. | Pennsylvania DHS lien repayment | $26,565.39 |
| d. | Liberty Funding LLC Litigation Loan repayment | $85,754.25 |

Kline & Specter, P.C. is requested, authorized, directed and ordered to pay Kenneth E. West, Chapter 13 Standing Trustee, the lump sum of $85,782.00.

The Chapter 13 Trustee is authorized to adjust the percentage to unsecured creditors based on the funds received in accordance with 11 USC §1329.

To Andrew and Maria Simkiw, the balance after above deductions.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE