Notice of Claim Satisfaction Letter

Name of Debtor and Codebtor: ANDREW J SIMKIW

Last 4 Account Number: 2701

Year, Make, Model & Vin: 2015 DODGE TR RAM 1500 PIC 1C6RR7VT4FS727249

Bankruptcy Case Number: 20-12331

Court Claim#: 2

This letter serves as notice that this claim has been satisfied in full.

/s/Abel Marin

10/08/2024

